UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                  :
UNITED STATES OF AMERICA                                          :
                                                                  :     CONSENT PRELIMINARY ORDER
                - v. -                                            :     OF FORFEITURE/
                                                                  :     MONEY JUDGMENT
JOHN NUGENT,                                                      :
                                                                  :     S1 20 Cr. 645 (PAE)
                        Defendant.                                :
                                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, on or about February 3, 2021, JOHN NUGENT (the "Defendant"),

among others, was charged in a two-count Superseding Indictment, S1 20 Cr. 645 (PAE) (the

"Indictment"), with conspiracy, in violation of Title 18, United States Code, Section 371 (Count

One); and federal program fraud, in violation of Title 18, United States Code, Sections

666(a)(1)(A) and 2 (Count Two);

WHEREAS, the Indictment included a forfeiture allegation as to Counts One and

Two of the Indictment, seeking, forfeiture to the United States, pursuant to Title 18, United States

Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, of all property, real

and personal, that constitutes or is derived from proceeds traceable to the commission of the

offenses charged in Counts One and Two of the Indictment, including but not limited to a sum of

money representing the amount of proceeds traceable to the commission of the offenses charged

in Counts One and Two of the Indictment;

WHEREAS, on or about July 8, 2021, the Defendant pled guilty to Count One of

the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant

admitted the forfeiture allegation with respect to Count One of the Indictment and agreed to forfeit

to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28

United States Code, Section 2461(c):  (i) a sum of money equal to $34,094.21 in United States

currency, representing proceeds traceable to the commission of the offense charged in Count One of the Indictment;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $34,094.21 in United States currency representing the amount of proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Audrey Strauss, United States Attorney, Assistant United States Attorney, Thomas McKay of counsel, and the Defendant, JOHN NUGENT, and his counsel, William Wexler, Esq., that:

1.      As a result of the offense charged in Count One of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $34,094.21 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained, shall be entered against the Defendant.

2.      Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, JOHN NUGENT, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3.      All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals

Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4.     The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5.     Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6.     Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7.     The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

8.      The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By: _____          7/27/21
Thomas McKay                                 DATE
Paul M. Monteleoni
Aline Flodr
Assistant United States Attorneys
One St. Andrew's Plaza
New York, NY 10007
(212) 637-2268


JOHN NUGENT

By: _____          7/27/21
John Nugent                                  DATE

By: _____          7/27/21
William Wexler, Esq.                         DATE
Attorney for Defendant


SO ORDERED:
_____              7/27/21
HONORABLE PAUL A. ENGELMAYER                 DATE
UNITED STATES DISTRICT JUDGE