**WILLIAM D. WEXLER**
**ATTORNEY AT LAW**
**816 DEER PARK AVENUE**
**NORTH BABYLON, NEW YORK 11703**
**(631) 422-2900**

<u>Via ECF</u>

January 5, 2022

Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY  10007

    Re:    United States v. John Nugent
             20-CR-00645 (PAE)

Dear Judge Engelmayer:

    I represent John Nugent, the defendant in the above-referenced matter.  Mr. Nugent is set to surrender for service of sentence at an institution designated by the Bureau of Prisons on Monday, January 10, 2022.  As of today's date, Mr. Nugent has yet to be designated to a specific facility. As such, I write to respectfully request that his surrender date be adjourned for a period of (2) weeks to Monday, January 24, 2022, to allow the Bureau of Prisons time to designate the facility at which Mr. Nugent is to present himself.

                                      Respectfully submitted,

                                                   s/

                                         William D. Wexler

WDW/cm

cc:    AUSA Paul Monteleoni
        U.S. Pretrial Services Officer Marnie Gerardino

    **GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 131.

                                                               1/6/2022
                    SO ORDERED.

                                               _____
                                               PAUL A. ENGELMAYER
                                               United States District Judge